by the People of the State of New York, on the relation of Paul Shane, against Charles F. Gittens, Justice of the Peace, etc. No opinion. Order (78 Misc. Rep. 7, 137 N. Y. Supp. 670) affirmed, without costs.

PEOPLE ex rel. SOHN, Appellant, v. MASHBICHER CONGREGATION, Respondent. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York, on the relation of Louis Sohn, against the Mashbicher Congregation. M. Schleimer, of New York City, for appellant. M. Kaufman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 App. Div. 948, 138 N. Y. Supp. 1137.

PEOPLE ex rel. SOHN v. MASBICHER CONGREGATION. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Proceeding by the People of the State of New York, on the relation of Louis Sohn, against the Masbicher Congregation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1140.

PEOPLE ex rel. STRAKAC et al., Appellants, v. GAYNOR, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York, on the relation of Frank Strakac and another, against William J. Gaynor, as Mayor, etc. L. R. Lawlor, of New York City, for appellants. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WILLARD, Respondent, v. GENERAL REDUCTION CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York, on the relation of Frank P. Willard, against the General Reduction Company and others. G. E. Joseph, of New York City, for appellants. C. S. Stern, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

PEOPLE'S TRUST CO., Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by the People's Trust Company against John W. Smith and others. No opinion. Judgment affirmed, with costs.

PERRY v. HUDSON & M. R. CO. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Appeal from Trial Term, New York County. Action by Mary Perry against the Hudson & Manhattan Railroad Company. From an order setting aside a verdict and granting a motion for a new trial for newly discovered evidence (77 Misc. Rep. 646, 138 N. Y. Supp. 547), plaintiff appeals. Reversed, and verdict reinstated. John J. Welsh, of Brooklyn, for appellant. Walter L. Glenney, of New York City, for respondent.

PER CURIAM. The evidence upon which this motion was made fails to state any newly discovered evidence which would justify the court in setting aside the verdict and granting a new trial. The order appealed from is therefore reversed, with $10 costs and disbursements, and the verdict reinstated.

POEL et al. v. HILLS et al. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Frans Poel and another against William Hills and another. A. C. Thayer, of New York City, for plaintiffs. M. Conboy, of New York City, for defendants. No opinion. Exceptions overruled, motion for new trial denied, and judgment directed on verdict, with costs. Settle order on notice.

POLISH SOCIALIST ALLIANCE, Appellant, v. SLOWIK, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by the Polish Socialist Alliance against Edward Slowik. E. Rosenthal, of New York City, for appellant. E. Herrmann, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POLSON MFG. CO., Respondent, v. BUFFALO KISSEL KAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by the Polson Manufacturing Company against the Buffalo Kissel Kar Company.

PER CURIAM. Judgment and order of Special Term and judgment of City Court reversed, and a new trial granted in the City Court, with costs to appellant to abide event. New trial to be had in the City Court on the 19th day of March, 1913, at 10 a. m. Held that, the issue as to the automobile body not having been decided by the judge of the City Court, and the facts being in dispute, it was error for the Special Term to determine that issue and modify the judgment. The judgment of the City Court should have been reversed, and a new trial granted. See Duclos v. Kelley, 197 N. Y. 76, 89 N. E. 875; Farrell v. Farrell, 205 N. Y. 450, 98 N. E. 857; Putnam v. Lincoln Safe Deposit Company, 191 N. Y. 166, 83 N. E. 789.

POST, Appellant, v. LOGAN, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by James H. Post, individually, etc., against William J. Logan. A. H. Larkin, of New York City, for appellant. J. M. Gifford, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

POTTER et al., Respondents, v. PARK CO., Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Ac-